# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **HABTEFORGS TESFALDET,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-02115-AKK-HNJ |
| **ETOWAH COUNTY DETENTION** ) | |
| **CENTER, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot. Doc. 8. In the motion, Respondents note Petitioner was released from ICE custody on March 6, 2019, pursuant to an Order of Supervision. Doc. 8-1. On March 19, 2019, the magistrate judge entered a report recommending that Respondents' motion be granted and this action be dismissed as moot. Doc. 9. Although the petitioner was advised of his right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the petition in this matter is due to be dismissed as moot. A separate order will be entered.

The Clerk is **DIRECTED** to serve a copy of this Memorandum Opinion and the accompanying Order on the petitioner and on counsel for Respondents.

**DONE** the 9th day of April, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE